■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL NESMITH, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Attempted Murder, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Callahan and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH PRYOR, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 2nd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HASAN RAQIYB, Appellant, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, et al., Respondents. [666 NYS2d 867] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Orleans County, Punch, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Hayes, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NESTOR ROSADO, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Rosetti, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. RYAN, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Corning, J.—Attempted Robbery, 2nd Degree.) Present—Green, J. P., Pine, Callahan, Doerr and Fallon, JJ.